In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-25-00288-CV**
**IN RE MICHAEL WAYNE LOWMAN**

**Original Proceeding**
**410th District Court of Montgomery County, Texas**
**Trial Cause No. 23-07-10524**

## MEMORANDUM OPINION

Relator Michael Wayne Lowman filed a petition for a writ of mandamus to compel the trial court to conduct a de novo hearing on Lowman's Motion to Vacate Receivership. In a related mandamus proceeding, *In re Lowman*, No. 09-25-00153-CV, the Real Party on Interest, Samantha Lowman, notified the Court that on July 28, 2025, the trial court held a de novo hearing on the Motion to Vacate Receivership. On August 8, 2025, we asked the parties whether the mandamus proceeding has been mooted by the trial court's July 30, 2025 Order Denying Motion to Vacate Appointment of Receivership after De Novo Hearing and on the July 30,

1

2025 Order Denying Motion to Terminate or Dissolve Receivership after De Novo Hearing.

Lowman filed an Amended Petition for Writ of Mandamus. He explains that he was surprised by the trial court's decision to grant his motion to reconsider and was unprepared for the de novo hearing. He asks this Court to order the trial court to hold another de novo hearing.

We may issue a writ of mandamus to remedy a clear abuse of discretion by the trial court when the relator lacks an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). We conclude the Relator has not shown that he lacks an adequate remedy by appeal. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on August 27, 2025
Opinion Delivered August 28, 2025

Before Johnson, Wright and Chambers, JJ.

2